136 A.3d 937

## IN THE MATTER OF ARCADIO J. REYES, AN ATTORNEY AT LAW (ATTORNEY NO. 003701991).

June 2, 2016.

### ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension from practice of **ARCADIO J. REYES** of **BETHESDA, MARYLAND,** who was admitted to the bar of this State in 1991; and good cause appearing;

It is ORDERED that **ARCADIO J. REYES** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ARCADIO J. REYES** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State; and it is further

ORDERED that **ARCADIO J. REYES** comply with *Rule* 1:20–20 dealing with suspended attorneys.